

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS through the EL PASO WATER UTILITIES PUBLIC SERVICE BOARD, | § § § | No. 08-24-00314-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| PASEO DEL ESTE MUNICIPAL UTILITY DISTRICT NO. 1, | § § | of El Paso County, Texas (TC#2021DCV3996) |
| Appellee. | § | |

### J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed without prejudice for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal and this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF SEPTEMBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.